PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) |
| vs | ) |
| John Patrick Nixon | ) Case No. 2:16CR00145-TOR-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, John Patrick Nixon, have discussed with Tara Sawicki, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall undergo a mental health evaluation and participate in any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    11-21-16    _____  11/21/16
Signature of Defendant      Date        Pretrial Services/Probation Officer   Date

John Patrick Nixon                     Tara Sawicki

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        11·28·16
Signature of Defense Counsel      Date

Terence Ryan

[X]  The above modification of conditions of release is ordered, to be effective on  12/1/16 .

[ ]  The above modification of conditions of release is not ordered.

_____        December 1, 2017
Signature of Judicial Officer     Date