UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN PATRICK NIXON,<br><br>　　　　　　　　Defendant. | NO: 2:16-CR-0145-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CHANGE ADDRESS |

BEFORE THE COURT is Defendant's Motion for Permission to Change Address (ECF No. 349). The motion was submitted for consideration without oral argument on an expedited basis. Having reviewed the file and the records therein, the Court is fully informed.

Defendant is currently scheduled for a sentencing hearing in this matter on May 15, 2018. During the pendency of this case Defendant has been released on certain conditions and allowed to reside at his home in Philadelphia, Pennsylvania. Release condition number two directs the Defendant to "immediately advise the court, defense counsel and the U.S. Attorney before any change in address…". *See*

ORDER GRANTING DEFENDANT'S MOTION TO CHANGE ADDRESS ~ 1

ECF No. 60. Defendant now requests to be allowed to change his address to reside in Darby, Pennsylvania, until his sentencing hearing next month. In support of his request Defendant states that his current lease has expired and he intends to live with an acquaintance who he has been dating, and the government has no objection to his request. The United States Probation Office has advised the Court they likewise have no objection to the motion. The Court notes that Defendant has been allowed to modify his conditions of release on several occasions without incident throughout the pendency of this matter, and has otherwise abided by his release terms. Therefore, for good cause shown, Defendant's motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion for Permission to Change Address (ECF No. 349) is **GRANTED**.

2. Defendant is permitted to change his residence from Philadelphia, Pennsylvania to Darby, Pennsylvania, to the address provided to the United States Probation Office.

3. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

4. Defendant's sentencing hearing scheduled for May 15, 2018, in Spokane, Washington, remains set.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** April 6, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO CHANGE ADDRESS ~ 3